[Cite as *Thompson v. State*, 2023-Ohio-1739.]

| | | |
|---|---|---|
| STATE OF OHIO | ) | IN THE COURT OF APPEALS |
| | )ss: | NINTH JUDICIAL DISTRICT |
| COUNTY OF SUMMIT | ) | |

MONTY THOMPSON

    Petitioner

    v.

STATE OF OHIO

    Respondent

C.A. No.    30581

ORIGINAL ACTION IN
HABEAS CORPUS

Dated: May 24, 2023

PER CURIAM.

{¶1} Monty Thompson has filed a petition for writ of habeas corpus using a form document intended to file a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. 2254. Because the document named the state of Ohio as the respondent, and noted that it challenged the judgment of the Summit County Common Pleas Court, the Summit County Prosecutor moved to dismiss. For the following reasons, this Court grants the motion and dismisses the petition.

{¶2} The motion to dismiss identified a number of reasons why this Court should dismiss the petition, including that Mr. Thompson failed to comply with the mandatory filing requirements of R.C. 2969.25. This Court agrees that Mr. Thompson failed to comply.

{¶3} R.C. 2969.25 sets forth specific filing requirements for inmates who file a civil action against a government employee or entity. The state of Ohio and the Summit County Common Pleas Court are government entities. Mr. Thompson, incarcerated in the Trumbull Correctional Institution, is an inmate. R.C. 2969.21(C) and (D). A case must be dismissed if the

inmate fails to comply with the mandatory requirements of R.C. 2969.25 in the commencement of the action. *State ex rel. Graham v. Findlay Mun. Court*, 106 Ohio St.3d 63, 2005-Ohio-3671, ¶ 6 ("The requirements of R.C. 2969.25 are mandatory, and failure to comply with them subjects an inmate's action to dismissal.").

**{¶4}** Mr. Thompson failed to comply with any of the requirements of R.C. 2969.25. He did not pay the cost deposit for filing this action or request a waiver of the cost deposit. R.C. 2969.25(C). Mr. Thompson also failed to comply with the requirement that he file an affidavit of prior civil actions or appeals identifying all of the parties and all of the civil actions or appeals he filed in the previous five years. R.C. 2969.25(A).

**{¶5}** Mr. Thompson failed to comply with the mandatory requirements of R.C. 2969.25. Accordingly, this case is dismissed. Costs are taxed to Mr. Thompson.

**{¶6}** The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. *See* Civ.R. 58.

_____
BETTY SUTTON
FOR THE COURT

CARR, J.
STEVENSON, J.
CONCUR.

APPEARANCES:

MONTY THOMPSON, Pro se, Petitioner.

SHERRI BEVAN WALSH, Prosecuting Attorney, and JACQUENETTE S. CORGAN, Assistant Prosecuting Attorney, for Respondent.